ACCEPTED
03-14-00713-CV
7869726
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/17/2015 3:27:02 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00713-CV

_____

IN THE COURT OF APPEALS
THIRD JUDICIAL DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/17/2015 3:27:02 PM
JEFFREY D. KYLE
Clerk

_____

## GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS; AND KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS,
*Appellant*

**v.**

## CGG VERITAS SERVICES (U.S.), INC.,
*Appellee.*

---

## APPELLEE'S ORAL ARGUMENT DEMONSTRATIVE EXHIBIT

---

1



# Did CGG properly calculate its margin using the COGS subtraction for franchise tax report year 2008?

**Is CGG an "owner of goods" as defined by § 171.1012(i)?**

**Is CGG a "DEEMED" owner per sub-(i), third sentence?**

**Is CGG an "ACTUAL" owner per sub-(i), first sentence?**

Does CGG furnish "labor"?

*Newpark* ("'Labor' is a broad term that encompasses a wide range of activities, including expenditure of physical or mental effort especially when fatiguing, difficult, or compulsory.")

OR

Does CGG furnish "materials"?

*Merriam's* ("Materials" are "elements, constituents, or substances of which something is composed or can be made; something (as data) that can be worked into a more finished form.")

Does CGG own the property (seismic data in MCDL)?

§ 171.1012(i) ("based on all of the facts and circumstances, including the various benefits and burdens of ownership vested in the taxable entity")

Yes / No

Does CGG sell that property in the ordinary course of business?

Comptroller does not dispute that licensing of seismic data through MCDL is a "sale." *See also, TGS-NOPEC* ("transaction constitutes a 'limited sale'")

Yes / No

No / Yes

Are the labor / materials furnished "to a project" for the construction, improvement, etc. of real property?

*Newpark* (considered (1) essential and direct component of drilling process, (2) Legislature allowed deduction of similar costs, and (3) real property activity could not proceed without the labor/materials furnished)

Is that property a "good" for purposes of the COGS deduction?

§ 171.1012(a)(1) ("Goods" are "real or tangible personal property" (TPP)); § 171.1012(a)(3)(A) (TPP is: (1) personal property that can be "seen, weighed, measured, felt, or touched"); (2) "artificial" TPP, intellectual property for mass-distribution; or (3) "artificial" TPP, computer programs)

No / Yes

Yes / No

CGG is not a deemed owner.

CGG is a deemed owner.

CGG is an actual owner.

CGG is not an actual owner.

Consider actual owner status.

Taxpayers who qualify as "owners" under § 171.1012(i) "may make a subtraction under **this section** in relation to the cost of goods sold." Deemed owners specifically "may include the costs, as allowed by **this section**, in the computation of [COGS]."

"This section" means the entirety of § 171.1012, including all allowable costs under (c), (d), and (f).

Consider deemed owner status.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been electronically filed and served on all counsel below on November 17, 2015.

Joseph D. Hughes
Assistant Solicitor General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-1729
(512) 474-2697 [fax]
jody.hughes@texasattorneygeneral.gov

Charles Eldred
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL,
FINANCIAL AND TAX LITIGATION DIVISION
P.O. Box 12548
Austin, Texas 78711
(512) 463-1745
(512) 477-2348 [fax]
charles.eldred@texasattorneygeneral.gov

*/s/ Amanda G. Taylor*
Amanda G. Taylor

2